FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
MAY 23 2007
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:07-00055 |
| v. | ) |
| | ) |
| WILLIAM RICHARD KNOX | ) |

## MOTION FOR DETENTION

Pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 3143(a), the United States moves to have the defendant detained pending proceedings in this matter. The United States seeks detention on the basis that defendant presents a danger to the community and that no condition or combination of conditions can reasonably assure the safety of the community. The United States requests three days to prepare for a hearing on the issue of detention.

Respectfully submitted,

CRAIG S. MORFORD
United States Attorney for the
Middle District of Tennessee

BY: /s/ Brent A. Hannafan
Brent A. Hannafan
Assistant U. S. Attorney
110th Avenue South, A961
Nashville, Tennessee 37203
Phone: 615-736-5151